**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 5 OF NEW JERSEY PENSION & ANNUITY FUNDS, and RICHARD E. TOLSON,<br><br>Plaintiff,<br><br>v.<br><br>B & F MASON,<br><br>Defendant. | Civil Action No.: 12-57 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way of Bricklayers and Allied Craftworkers Local 5 of New Jersey Pension and Annuity Funds ("Plaintiff Funds") and Richard E. Tolson, a fiduciary of the Funds (collectively, "Plaintiffs")'s Motion for Default Judgment against Defendant B & F Mason ("Defendant"), pursuant to Fed. R. Civ. P. 55 [Docket Entry No. 6]; the Court having considered Plaintiffs' submissions, and for the reasons stated in this Court's accompanying Opinion,

IT IS on this ____ day of **June, 2012**,

**ORDERED** that Plaintiffs' Motion is **GRANTED**.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge